IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION<br>)<br>) NO. 22 C 3052 |
| vs. | )<br>) JUDGE JOAN H. LEFKOW |
| MIDWEST MEP, INC., an Illinois corporation, | )<br>) |
| Defendant. | ) |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on July 19, 2022 [Dkt. 10], request this Court enter judgment against Defendant, Midwest MEP, Inc., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On July 19, 2022, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records for the time period May 1, 2018 forward. The Court also entered an order that judgment would be entered after the completion of the audit.

2. In August 2023, Plaintiffs' auditors completed the audit. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $11,679.04, plus $1,167.90 for liquidated damages, for a total of $12,846.94. (See Affidavit of Katie Eby).

3. The audit findings also show that Defendant owes $250.00 to the LMCC Bond Fund for 2020 annual participation, said payment being originally due by December 31, 2019 (Eby Aff. Para. 7).

4. Plaintiffs' auditing firm of Calibre CPA Group, PLLC charged Plaintiffs $1,368.75 to perform the audit examination and complete the report and the Funds are entitled to recover said fees under their Trust Agreements (Eby Aff. Par. 8).

5. In addition, Plaintiffs' firm has expended $1,452.00 for costs and $6,898.75 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $22,816.44.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $22,816.44.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 11th day of September 2023:

                      Mr. Jeff Miller, President
                      Midwest MEP, Inc.
                      636 S. Kaspar Avenue
                      Arlington Heights, IL    60005-2320


                                                /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Midwest MEP\motion for entry of judgment.cmc.df.wpd